## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

OJO OLAMINA,

    *Plaintiff*,

v.                                                                Case No.: 1:26cv21-MW/MAF

WALMART, INC.,

    *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for failure to prosecute and failure to comply with a Court Order." Plaintiff's pending motion, ECF No. 3, is **DENIED as moot**. The Clerk shall close the file.

**SO ORDERED on March 23, 2026.**

s/Mark E. Walker_____
**United States District Judge**